FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

FEB 18 2010

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

Priority ___
Send ___
Enter ___
Closed  ✗
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| TORRE WILLIAMS, KELLY VUONG,<br><br>    Plaintiff,<br><br>v.<br><br>ALLSTATE INSURANCE COMPANY, and DOES 1 to 10 Inclusive,<br><br>    Defendant. | Case No. SACV 08-1388 CJC (RNBx)<br><br>[PROPOSED]<br>JUDGMENT<br><br>Judge: Cormac J. Carney<br>Magistrate: Robert N. Block |

101211615.1

Case No. SACV 08-1388 CJC (RNBx)

On November 18, 2008, plaintiffs Torre Williams and Kelly Vuong sued Allstate Insurance Company for breach of the implied covenant of good faith and fair dealing stemming from an alleged November 14, 2007 theft at their residence. Allstate removed the case to federal court based upon diversity jurisdiction.

On January 25, 2010, the Court heard Allstate's motion for summary judgment on plaintiffs' Complaint. John Edson from the law firm of Luce, Forward, Hamilton & Scripps LLP appeared on behalf of defendant Allstate. Eric Traut from The Traut Law Firm appeared on behalf of plaintiffs. After considering the moving papers, the opposition, the reply brief and the matters submitted at oral argument, the Court granted summary judgment in Allstate's favor.

IT IS HEREBY ORDERED that:

1. Judgment be entered in favor of defendant Allstate Insurance Company and against plaintiffs Torre Williams and Kelly Vuong;

2. Plaintiffs take nothing by way of their complaint against Allstate; and

3. Plaintiffs shall pay Allstate its reasonable costs of suit in the amount of $_____.

IT IS SO ORDERED:

DATED: February 18, 2010

_____
Cormac J. Carney
UNITED STATES DISTRICT JUDGE